UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRIGGS,<br><br>                           Plaintiff,<br><br>    v.<br><br>ALISON SHAFTIC BRIGGS (aka ALISON ANN BRIGGS, ALISON SHAFTIC), and DOES 1 through 10 inclusive,<br><br>                           Defendant. | Civil No.   07cv1981-WQH (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On October 29, 2008, Christopher Briggs, Esq., and Emily Wallace, Esq., contacted the Court to request an extension of time to submit their Joint Motion for Dismissal.  Counsel represent the case continues to be settled in principle.  However, counsel represent they need two additional weeks to submit their Joint Motion for Dismissal.   Based thereon, IT IS HEREBY ORDERED:

   1.    A Joint Motion for Dismissal shall be submitted to the Honorable William Q. Hayes on or before **November 19, 2008**.  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

   2.    If a Joint Motion for Dismissal is not submitted on or before November 19, 2008, then a Settlement Disposition Conference shall be held on **November 20, 2008**, at **9:30 a.m.** in the chambers of Judge Porter.

//

//

//

3. If a Joint Motion for Dismissal is received on or before **November 19, 2008**, the Settlement Disposition Conference shall be VACATED.

**IT IS SO ORDERED.**

DATED: October 30, 2008

*Louisa Porter*

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable William Q. Hayes
all parties