1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  CHRISTOPHER J. BRIGGS, | CASE NO. 07cv1981 WQH (POR) |
| 12                              Plaintiff, | **ORDER** |
| 13       vs. <br> ALISON SHAFTIC BRIGGS (aka ALISON <br> ANN BRIGGS, ALISON SHAFTIC), and <br> 14  DOES 1 through 10, inclusive, | |
| 15                              Defendant. | |

16  HAYES, Judge:

17        The Joint Motion for Dismissal with Prejudice (Doc. # 26) is **GRANTED.**  The above-

18  captioned action is **DISMISSED with prejudice.**  The parties shall bear their own attorneys' fees and

19  costs.

20

21  DATED:  November 26, 2008

22                                          *William Q. Hayes*
                                          **WILLIAM Q. HAYES**
23                                          United States District Judge

24

25

26

27

28